**Order filed October 31, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00514-CR
_____

### ANDRE JAMAL SLOAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1347009**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #1, #1A, # 2 and #2A.**

The clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #1, #1A, # 2 and #2A, on or before **November 8, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #1, #1A, # 2 and #2A, to the clerk of the 248th District Court.

PER CURIAM